IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-049-MOC-DCK

| BETTY J. WILKE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HEB GROCERY COMPANY, LP, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Doug Grimes, concerning Crisanta Guerra Lozano on March 7, 2016. Ms. Crisanta Guerra Lozano seeks to appear as counsel *pro hac vice* for Defendant Grocery Company, LP. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Ms. Crisanta Guerra Lozano is hereby admitted *pro hac vice* to represent Defendant Grocery Company, LP.

**SO ORDERED**.

Signed: March 7, 2016

David C. Keesler
United States Magistrate Judge