# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-049-MOC-DCK

| | |
|---|---|
| BETTY J. WILKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   <u>**ORDER**</u> |
| | ) |
| HEB GROCERY COMPANY, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Doug Grimes, concerning D. Alan Erwin on March 7, 2016. Mr. D. Alan Erwin seeks to appear as counsel *pro hac vice* for Defendant Grocery Company, LP. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. D. Alan Erwin is hereby admitted *pro hac vice* to represent Defendant Grocery Company, LP.

**SO ORDERED**.

Signed: March 7, 2016

David C. Keesler
United States Magistrate Judge